# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** LORI ROBINSON, APPELLEE

v.

ERGO SOLUTIONS, LLC, APPELLANT

**Case No:** 14-7110

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

⦿ Appellant(s)/Petitioner(s)   ○ Appellee(s)/Respondent(s)   ○ Intervenor(s)   ○ Amicus Curiae

Donald R. Hartman

**Names of Parties**                             **Names of Parties**

### Counsel Information

Lead Counsel: Donald R. Hartman

Direct Phone: (202) 360-9433   Fax: (202) 543-0059   Email: hartmand75@hotmail.com

2nd Counsel:

Direct Phone: (   )        Fax: (   )        Email:

3rd Counsel:

Direct Phone: (   )        Fax: (   )        Email:

Firm Name: Law Offices of Donald R. Hartman, Esq.

Firm Address: 2052 West Virginia Avenue, NE, Washington, D.C. 20002

Firm Phone: (202) 360-9433   Fax: (202) 543-0059   Email: hartmand75@hotmail.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)